IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RANDOLPH EPPS, | 1:05-CV-01102-OWW-SMS-P |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| KATHY MENDOZA-POWERS, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis contained only one page of the two-page document, and it did not include plaintiff's signature.  Each document submitted for filing must include the original signature of the filing party or parties.   Local Rule 7-131; F.R.C.P. 11(a).  In addition, the application did not include the required original signature of an authorized officer from plaintiff's institution of incarceration.  Furthermore, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

1  provided the opportunity to submit a new application to proceed in forma pauperis and a certified
2  copy of his trust account statement, **or** to pay the $250.00 filing fee.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1. The Clerk's Office shall send to plaintiff the form for application to proceed in
5  forma pauperis.
6      2. Within **thirty (30) days** of the date of service of this order, plaintiff shall
7  submit a completed application to proceed in forma pauperis and a certified copy of his prison
8  trust account statement for the six month period immediately preceding the filing of the
9  complaint, or in the alternative, to pay the $250.00 filing fee for this action.  Failure to comply
10 with this order will result in a recommendation that this action be dismissed.

12 IT IS SO ORDERED.

13 **Dated:    October 18, 2005**            /s/ Sandra M. Snyder
   i0d3h8                          UNITED STATES MAGISTRATE JUDGE