UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RANDOLPH EPPS, | ) | 1:05-CV-01102-OWW-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH ORDER OF |
| v. | ) ) | OCTOBER 19, 2005 (DOCUMENT #6) |
| KATHY MENDOZA-POWERS, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2005, the court ordered plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement which includes the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $250.00 filing fee. On November 3, 2005, plaintiff filed a motion to extend time to submit the certified copy of his prison trust account statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to comply with the court"s order of October 19, 2005.

IT IS SO ORDERED.

**Dated:   November 17, 2005**          /s/ Sandra M. Snyder
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE